

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00243-CR

Robert Rodriguez **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR5515
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  June 25, 2014

DISMISSED

Appellant filed a motion to dismiss this appeal; the motion is signed by Appellant and his counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is dismissed. *See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd). All other pending motions in this appeal are DENIED as MOOT.

PER CURIAM

DO NOT PUBLISH